```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:  SAMUEL S. MATHIS,          {   CHAPTER 13
                                   {
                                   {
         DEBTOR(S)                 {   CASE NO. A18-63945-SMS
                                   {
                                   {   JUDGE   SIGLER
```

**OBJECTION TO CONFIRMATION**

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. The proposed plan fails to provide for the treatment of Republic Finance, LLC. However, said creditor has filed a secured claim.

4. Debtor's plan appears impermissibly proposes to avoid a statutory lien held by the Georgia Department of Revenue in Section 3.4.

5. After review of scheduled income and anticipated household expenses, Debtor(s)' proposed budget may fail to provide sufficient funds for ordinary living expenses, in possible violation of 11 U.S.C. Section 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 9, 2018

                                                     /s
                                        Sonya M. Buckley, Esq.
                                        for Chapter 13   Trustee
                                        GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

SAMUEL S. MATHIS
2581 OWENS AVENUE, SW
MARIETTA, GA 30064


ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
2859 PACES FERRY RD, SE
STE 1700
ATLANTA, GA 30339


in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 9TH   day of October, 2018



_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13   Trustee
GA Bar No. 140987




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com